In the Matter of the Application of JOHN GOULD, JR., Appellant, for a Mandamus Order against RUSSELL FORBES, Commissioner of Purchase, and the CITY OF NEW YORK, Respondents.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of WILLIAM C. CROSBY, Respondent, for a Mandamus Order against JOHN McKENZIE, as Commissioner of Docks of the City of New York, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

HANNAH BERNSTEIN, Respondent, v. GAD BERNSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

CORN EXCHANGE BANK TRUST COMPANY (Formerly THE CORN EXCHANGE BANK), as Trustee under a Certain Deed of Trust, etc., by and between MARGARET P. DALY, etc., and THE CORN EXCHANGE BANK, etc., Appellant, v. BANKERS TRUST COMPANY and Another, as Executors, etc., of MARCUS DALY, Deceased, and Others, Respondents, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent.

CHARLES M. LEVY, Appellant, v. ASBESTOS, LTD., and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MATTHEW READY, Respondent, for a Mandamus Order against THE DEPARTMENT OF HEALTH.OF THE CITY OF NEW YORK and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AGNES G. CRAWFORD, Appellant, v. SHERMAN W. CRAWFORD, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ELLA GROSS, Appellant, v. ELLA GRAY DISCALA, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted; and that the exhibits be submitted to this court on the argument of the appeal. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JACOB SELLINGER, Respondent, Appellant, v. PROVIDENT FIRE INSURANCE COMPANY and Another, Appellants, Respondents. ELIZABETH SELLINGER, Respondent, Appellant, and CHARLES KANALY and Others, Plaintiffs, v. PROVIDENT FIRE INSURANCE COMPANY and Another, Appellants, Respondents.— Order so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.